02-13-016-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00016-CV

 

 


 
 
 In
 the Matter of R.R.S.
  
 
 
 §
 §
 §
 §
  
  
 
 
 From the
 Probate
 Court
 of
 Denton County (MH-2012-561,
 MH-2012-561-01)
  
 February 14, 2013
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS 

 

 

 

PER CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00016-CV


 
 
 In the Matter of R.R.S.
 
 
  
 
 
  
 
 
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 


----------

FROM THE Probate
Court OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          On
January 11, 2013, Appellant filed a notice of appeal, attempting to appeal an
order that was signed on December 20, 2012.  Because the order being appealed
is an order requiring court-ordered mental health services, the notice of
appeal was required to be filed within ten days from the day the order was
signed.  See Tex. Health & Safety Code Ann. § 574.070(a), (b) (West
2010).  The notice of appeal was therefore due December 31, 2012.  See id.

          On
January 14, 2013, we sent Appellant a letter notifying him of our concern that
we lacked jurisdiction over this case because the notice of appeal was not
timely filed.  We stated that unless Appellant or any party desiring to
continue the appeal filed with this court, on or before January 24, 2013, a
response showing grounds for continuing the appeal, the appeal could be
dismissed for want of jurisdiction.
 Having received no response, we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P.
42.3, 43.2(f). 

 

 

PER CURIAM

 

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED:  February 14,
2013








 









[1]See Tex. R. App. P. 47.4.